## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T.L. by and through her mother, Latisha G., and LATISHA G. in her own right, individually and on her own behalf,** : : : : | | |
| **Plaintiffs,** : : | | **CIVIL ACTION** |
| **v.** : : | | **No. 16-1230** |
| **PENNSYLVANIA LEADERSHIP CHARTER SCHOOL,** : : : | | |
| **Defendant.** : | | |

**MCHUGH, J.**                                                              **DECEMBER 12, 2016**

### ORDER

This 12th day of December, 2016, upon consideration of Plaintiff's Amended Complaint, Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, and the response thereto, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

                                                                                   /s/ Gerald Austin McHugh
                                                                                   United States District Judge